

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00097-CV

## IN THE INTEREST OF E.E.C. AND T.L.C., CHILDREN

_____

**From the County Court at Law**
**Hill County, Texas**
**Trial Court No. 39,657**

## MEMORANDUM OPINION

Appellant, Stephanie Clark, filed a notice of appeal from an adverse judgment issued by the trial court in response to Clark's request to modify a prior custody order. Now, Clark has filed an agreed motion to dismiss the appeal. In the prayer of the motion, Clark requests that we dismiss the appeal, set aside the trial court's February 22, 2012 Order in Suit to Modify Parent-Child Relationship without regard to the merits, and remand the case back to the trial court for entry of a Final Decree of Divorce that comports with the parties' Rule 11 agreement which has been attached to the motion to dismiss.

We are not permitted by the Rules of Appellate Procedure to both dismiss the appeal *and* remand the case. *Compare* TEX. R. APP. P. 42.1(a)(1) *with* TEX. R. APP. P. 42.1(a)(2)(B); *see City of Milford v. Calderon*, No. 10-10-00247-CV, 2010 Tex. App. LEXIS

9680 (Tex. App.—Waco Dec. 8, 2010, no pet.) (mem. op). Accordingly, we grant Clark's motion in part, set aside the trial court's February 22, 2012 Order without regard to the merits, and remand the case to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B).

There being no agreement otherwise, costs are taxed against appellant, Stephanie Clark. TEX. R. APP. P. 42.1(d).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Judgment set aside and remanded
Opinion delivered and filed July 26, 2012
[CV06]